(INND Rev. 1/21)                                                                                       page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

_Matthew Jason Bauer_,
[You are the PLAINTIFF, print your full name on this line.]

v.

_Marty Corley_,                      Case Number __3:22 CV 406__
[The DEFENDANT is who you are suing. Put ONE name on      [For a new case in this court, leave blank.
this line. List ALL defendants below, including this one.]        The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption.
Once you know your case number, it is VERY IMPORTANT that you include it on everything you send
to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address _Michigan City MCPD_ |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.]<br>Marty Corley<br>Assistant Chief of Police | 1201 Michigan Blvd<br>Michigan City, IN 46360 |
| 2 | [Put the names of any other defendants in these boxes.]<br>F. Rodriguez<br>Sergeant | Michigan City Police Dept.<br>1201 Michigan Blvd<br>Michigan City, IN 46360 |
| 3 | J. Holaway<br>Sergeant | Michigan City Police Dept<br>1201 Michigan Blvd<br>Michigan City, IN 46360 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the
name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is your address? __503 E. Garfield St__
__Michigan City, IN 46360__

3. What is your telephone number: (__574__) __316-9137__

4. Have you ever sued anyone for these exact same claims?
   ○ No.
   ⊗ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
      case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)

*Continued From Page 1*

page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]*

_____
*[You are the PLAINTIFF, print your full name on this line.]*

v.

Case Number _____

*[For a new case in this court, leave blank. The court will assign a case number.]*

_____
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

# CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* A. Painter Sergeant | Michigan City Police Dept. 1201 Michigan Blvd Michigan City, IN 46360 |
| 2 | *[Put the names of any other defendants in these boxes.]* | |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? _____

2. What is your address? _____

_____

3. What is your telephone number: (_____) _____

4. Have you ever sued anyone for these exact same claims?

     ◯ No.

     ◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]



1. Pursuant to Indiana Code § 34-13-3-1 I Matthew Jason Bauer who currently lives in Michigan City, Indiana intends to assert a tort claim against the Michigan City Police Officer Marty Corley for, but not limited to, violation of my Constitutional Rights, 4th Amendment violation of Profiling me as being down syndrome with my religious medical papers from a private medical facility after an Invasion of Privacy, and also profiling claimant as a violent criminal that likes to point firearms at people cause of a fake arrest history that defames Claimants character online, Police Misconduct of Intentionally Fabricating the Date on a Police Dash Camera Video, Dated 11-24-2019 at 10:33 Am. A week before Incident happened, Cause of after Profiling Claimant of medical records police can say I'm always taking pills and don't know what I'm doing at all times make up fabricated story (18 U.S.C. § 1519) also Corley changed dates on video or labeled under different day so Claimant couldn't buy video at police station back in October 2021 for covering up a crime of a false Arrest under (18 U.S.C. § 1001). Police Misconduct of failure to hand over Public Record.

2. Pursuant to Indiana Code § 34-13-3-1 claimant would also intend to assert a tort claim against the Michigan City Police Officer J Holaway for, but not limited to Violation of my Constitutional Rights, 4th Amendment Invasion of Privacy

[*DO NOT* *write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(INND Rev. 1/21)                                                                                      page 3

## Claims and Facts (continued)

of Illegal seizure of my medical records I never authorized, Another 4th Amendment violation of profiling claimant as being down syndrome with my religious medical papers from a private medical facility, and also profiling Claimant as a violent criminal that likes to point hand gun at people cause of a fake arrest history online that defames Claimants Character that police think is true, also Police Misconduct of covering up a crime of a false

## PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

○ No.

⊗ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

## RELIEF – If you win this case, what do you want the court to order the defendant to do?

Pay $144,444.44 for denying me the video in the 1st place. Then Changing the date on purpose and thinking I'm not smart and keep doing what they want, in the Court case I filed and the Police rewrote 3:21-CV-843

## FILING FEE – Are you paying the filing fee?

○ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

⊗ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

MJB    I will keep a copy of this complaint for my records.

MJB    I will promptly notify the court of any change of address.

MJB    I declare **under penalty of perjury** that the statements in this complaint are true.

_____                    5/21/2022
Signature                                       Date

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*



arrest under (18 U.S.C. §1001).

3. Pursuant to Indiana code § 34-13-3-1 would also intend to assert a tort claim against the Michigan City Police Officer F. Rodriguez for, but not limited to Violation of my Constitutional Rights, 4th Amendment Invasion of Privacy of Illegal seizure of my medical records from a private medical facility, and also Profiling Claimant as a violent criminal who is down syndrome who likes to point firearms at people cause of a fake arrest history online that defames Claimants Character. Also Police misconduct of covering up a crime of a false arrest under (18 U.S.C. §1001)

4. Pursuant to Indiana Code §34-13-3-1 would also intend to assert a tort claim against the Michigan City Police Officer A. Painter for, but not limited to Violation of my Constitutional Rights, 4th Amendment Invasion of Privacy of Illegal seizure of my medical records from a private medical facility, and also Profiling 4th Amendment Violation claimant as down syndrome and likes to point firearms at people cause of a fake arrest history online that defames Claimants Character. Also Police misconduct of covering up a crime of a false arrest under (18 USC. §1001).

5. Claimant was told there is 200 pages of stuff on Claimant for Riding a bicycle in a parking lot after a Police Officer Corley who sees and talks to invisible people pulled over claimant in parking lot for breaking into claimants own vehicle. When Police didn't find out what really happened till 2 years later with only a $305 fine to bail out of jail. Think

about it they wrote 200 pages about me for a $305 fine. Officers Rodriguez, Painter, and Holoway were never in the parking lot at the outlet Mall on Dec 1, 2019 at 10:33 AM. That claimant Recieved a dizelosure of these Officers knowing stuff about not being at the scene of the incident when it happened to claimant. on 1/25/2022 Corley's Close for Retirement so that means little or No consequences for Victim's of his torts and Police Misconduet, so Officers Rodriguez, Painter, and Holoway have to fabricate Storys and evidence and blame claimant for Invading his privacy and arrest claimant to cover police frrend Corley of another lawsuit #3:21-CV-843 of last year.

6. On April 4th, 2022 claimant got a video dash camera recording claimant already tried to buy but was told it does not exist. 2 years later Claimant reeieves video from Corleys Attorney dated a week before incident that happened on Dec 1st 2019 dated as November 24th, 2019 at 10:33 AM. Claimant for sure knows the video was dated wrong on purpose with papers to fill out to sign for the video. I should have bought at the police Station back in October but was not able to buy cause of lies.

7. Officers Rodriguez Painter, and Holaway invaded claimants privacy and Profiled claimant for taking medicine and is real easy to take advantage of and make up lies and cover up what Corley did in Parking lot thinking Claimant is down syndrome and can make up stuff about claimant.

Picture Evidence of the Incident was Iced on

Black Friday at outlet Mall the security force with the proper Jurisdiction of the private parking lot. Not public parking lot.

That never told the Attorney who Represents Corley they changed the date on the video to a week before their Attorney mailed false evidence to my house.

Damages - Lose case for wrong date Really matters the most

Went to Jail for saying it happened on Dec 1st, 2019 make it look like I can't remember what dates I'm doing things make it look like I'm downsyndrome

Lawyer $600 wasted on Watterson

Liar forever on Fake arrest history online that defames my character

Getting Corley's Crime Covered Up

Lie Detector test $400 to $800 on video

Expert Witness maybe $250 a day

Can't Believe in God Neighbors call me Mentally Incapable

Cops went to Neighbors and told them I was Down Syndrome later on

Rewrite Reports for their friend who want to put Garden on my property. (Can't get Job Ever Friends Name)

Fake Handgun Permit in my name never owned handgun Plant evidence ^ later on

Identity Theft    I somehow live in Poland Now Never left united states of America

Picture Evidence

A. Rodriguez, & Holoway involved in lawsuit to cover up Corleys torts.

B. A. Painter with knowledge of not being in the parking lot at time of incident and to lie & cover up Corley's torts on victims. Might know knowledge of why video date was moved a week behind from actual date cause Claimant already had bags on side of road to be picked up from black Friday by Prison Johnny Cash sings that song about

8. Claimant put the DatastickPro Video into claimants computer. Claimant typed in password. Claimant seen folders labled under video dated a week before incident dated 11/24 at 10:33 AM. Claimant clicked on video but after 3 minutes the circle thing kept spinning and claimant turned computer off. Claimant does not know if there is a date stamped in the video. Which can be changed with a powerful tool called Attribute Changer.

9. After being profiled as down syndrome & likes to point Firearms at people Claimant had to delete email cause of illegal disclosure of medical records. Now they need my personal information to cover up disclosing Claimants or somebody elses medical records as evidence. I look at other cases and people really need a very good reason for somebodys elses medical records for Federal Court. So I don't get to see why somebody would invade somebodys privacy for riding a bicycle in a parking lot. Unless if Corley, Painter, Holaway, & Rodriguez acting under the color of law to willfully conspire to deprive Claimant of any rights protected by the Constitution or laws of the United States of America, so now Claimant would also intend to assert a tort claim against the michigan City Police officers Corley, Painter, Holaway & Rodriguez



for, The Intentional Fabrication of Evidence resulting in a loss of liberty to Another, Under Color of Law (18 U.S.C. § 241, 242) in my court case.

10. The Americans With Disibilities Act and section 504 prohibits discrimination treatment on the basis of disability in virtually all law enforcement services, So now claimant would like to assert another tort claim for Discrimination Against Individual On Basis Of (42 U.S.C. §12,131, et seq and 29 USC. § 794) Disability, against the Michigan City Police Officers Corley, Painter, Rodriguez, and Holaway I didn't want to get shot in the back of the head like the puppy dog at The outlet Mall that morning like what the evil person did to my puppy back in 1996. So when I told Corley I was mentally disabled its not cause of the cops arresting me for painting my cars its cause of the PTSD I recieved from my brother back in 1996, Thats what I was talking about. Not get claimants medical records and Fabricate story of lies, or say the outlet Mall called the cops on me riding a bicycle in a parking lot make them a co-conspiror in lies that never happened, or say claimant was taking pills and had NO underwear on pointing firearms at people riding a bicycle in a parking lot. 200 pages is a lot. The cops and their lawyer have put my mental & physical condition in (huge controversy) for no reason.



Just cause I filed A lawsuit. Does not mean you can invade somebodys privacy. Then Fabricate lies.

Picture Evidence  Haven't watched video yet

D. How to change Date Modified timestamp on windows

E. Attribute Changer 8  A Powerful tool

F Attribute Changer 7  Changing Dates & Times

G PTSD Awareness  Michigan City Strong

G-1 Ken's Dads Cousin & Ken's second cousin
Looks alot like him

11. The Datastick makes a noise when inserted into computer But still can't view video or files took Datastick to Office Depot, Library, and other places and no luck like Datastick is broke or something, But Claimant seen changed dates on Datastick in Folders not  on video. Don't Video at Police Station cause of Happening on matter cause I was denied the their Claims of video NOV 24th 2019 meaning all my claims Hold factual support.

12. Claimants really good friends with Kenneth L. Ross. When Ken was young his grandfather Emerich had a 1942 US Army Jeep with the star on it that Ken drove around his farm and knew how to drive a stickshift transmission. Before Claimant and Ken had drivers licenses Ken's dad would let Ken drive the truck and Claimant would ride with. Without Ken's dad in truck. Ken got pulled over at 3:30 in the morning in North Liberty in 1998 I believe, driving around a Pontiac 1988 Firebird with no license cause he wasn't old enough yet and the cop said I know your Dad so I will just follow you home 7 miles away to Fish Lake. Claimant & Ken used to get pulled over a lot by all types of police but never South Bend or Mishawaka wouldn't ever pull us over. Ken would drive too fast usually the problem in A 1988 keyless entry, built in box 15 inch speakers, Maroon Pontiac Firebird, His Sisters Altima early 2000's, or the Purpleish colored Ford Ranger late 1990's model. Neither Claimant or Ken has ever been pulled over for breaking into our own cars on a bicycle before. the Encident in 3:21-CV-843 or Profiled as Down Syndrome. No police officer ever put me & Ken into handcuffs and started taking stuff out of our pockets. Chicago Cops never did anything like that neither. Ken's Dad is the cousin of the NBA Player that holds the record for most assists in one game John Stockton tried probably every game to beat. Chicago Bulls Coach 2083-2009